**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

R.J.W.,                    :   No. 301 WAL 2016

        Petitioner      :

                     :   Petition for Allowance of Appeal from

                     :   the Order of the Commonwealth Court

      v.               :

DEPARTMENT OF HUMAN SERVICES,   :

        Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.